**Below is the Order of the Court.**

_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | No. 15-41230 |
| SANDRA ESTEP, | ORDER ON MOTION TO APPROVE PAYMENT TO DEBTOR |
| Debtor. | |

THIS MATTER having come on before the Honorable Brian D. Lynch of the above entitled Court upon the Trustee's Motion to Approve Payment to Debtor, the Court being advised in the premises therefore, now therefore

//

//

//

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

**ORDER ON MOTION TO APPROVE PAYMENT TO DEBTOR - 1**

IT IS HEREBY ORDERED that the Trustee shall be and is hereby authorized to pay Sandra Estep the sum of $1,174.00 in full and complete satisfaction of her claim of exemption in her inheritance from the probate estate of Kathryn F. Estep pursuant to 11 U.S.C. § 522 (d)(5).

///End of Order///

Presented by:

/s/ Kathryn A. Ellis
Kathryn A. Ellis, Trustee
C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\Estep\payexempt_ord.wpd

**ORDER ON MOTION TO APPROVE PAYMENT TO DEBTOR - 2**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002