|  | The Honorable: | Brian D. Lynch |
|---|---|---|
|  | Chapter 7 |  |
|  | Location: | Tacoma |
|  | Hearing Date: |  |
|  | Hearing Time: | 09:00 a.m. |
|  | Response Date: |  |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re: ESTEP, SANDRA LYN § Case No. 15-41230
§
§
§
Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/20/2015. The undersigned trustee was appointed on 03/20/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $   14,487.32

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 1,174.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 13,313.32 |

The remaining funds are available for distribution.

---
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/21/2016 and the deadline for filing governmental claims was 07/21/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,322.70. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,322.70, for a total compensation of $1,322.70[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $65.10 for total expenses of $65.10[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/06/2020    By: /s/ Kathryn A. Ellis
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 15-41230
**Case Name:** ESTEP, SANDRA LYN

**For Period Ending:** 01/06/2020

**Trustee Name:** (670270) Kathryn A. Ellis
**Date Filed (f) or Converted (c):** 03/20/2015 (f)
**§ 341(a) Meeting Date:** 04/27/2015
**Claims Bar Date:** 07/21/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | cash on hand | 20.00 | 0.00 | | 0.00 | FA |
| 2 | checking and/or savings account | 5,281.00 | 0.00 | | 0.00 | FA |
| 3 | misc. household goods and furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 4 | books, CDs, DVDs, art objects, collectibles | 500.00 | 0.00 | | 0.00 | FA |
| 5 | clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6 | jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 7 | firearms and/or sports and hobby equipment | 250.00 | 0.00 | | 0.00 | FA |
| 8 | term life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2009 Scion XD | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | pets | 20.00 | 0.00 | | 0.00 | FA |
| 11 | Paypal cards/prepaid cards or accounts/gift card | 0.00 | 0.00 | | 0.00 | FA |
| 12 | return of possible garnished funds | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 2014 federal income tax refund (u) | 6,000.00 | 0.00 | | 0.00 | FA |
| 14 | inheritance (u) | Unknown | 29,000.00 | | 14,487.32 | FA |
| **14** | **Assets Totals (Excluding unknown values)** | **$18,271.00** | **$29,000.00** | | **$14,487.32** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 03/31/2017    **Current Projected Date Of Final Report (TFR):** 12/31/2019

UST Form 101-7-TFR (5/1/2011)

# Form 2
# Cash Receipts And Disbursements Record

**Exhibit B**
Page: 1

| | | |
|---|---|---|
| **Case No.:** 15-41230 | **Trustee Name:** | Kathryn A. Ellis (670270) |
| **Case Name:** ESTEP, SANDRA LYN | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***6783 | **Account #:** | ******2232 Checking |
| **For Period Ending:** 01/06/2020 | **Blanket Bond (per case limit):** | $59,128,572.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/25/19 | {14} | Althauser Rayan Abbarno LLP Trust Account | inheritance proceeds | 1249-000 | 14,487.32 | | 14,487.32 |
| 10/23/19 | 101 | Sandra Estep | debtor's claim of exemption | 8100-002 | | 1,174.00 | 13,313.32 |
| | | **COLUMN TOTALS** | | | 14,487.32 | 1,174.00 | $13,313.32 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 14,487.32 | 1,174.00 | |
| | | | Less: Payments to Debtors | | | 1,174.00 | |
| | | **NET Receipts / Disbursements** | | | **$14,487.32** | **$0.00** | |

{ } Asset Reference(s)     **UST Form 101-7-TFR (5/1/2011)**     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-41230 | **Trustee Name:** | Kathryn A. Ellis (670270) |
| **Case Name:** | ESTEP, SANDRA LYN | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | \*\*-\*\*\*6783 | **Account #:** | \*\*\*\*\*\*2232 Checking |
| **For Period Ending:** | 01/06/2020 | **Blanket Bond (per case limit):** | $59,128,572.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| \*\*\*\*\*\*2232 Checking | $14,487.32 | $0.00 | $13,313.32 |
| | **$14,487.32** | **$0.00** | **$13,313.32** |

# Exhibit C
## Analysis of Claims Register

**Case: 15-41230**     **SANDRA LYN ESTEP**

Claims Bar Date: 07/21/16

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| E1 | Sandra Estep,<br><8100-000 Exemptions><br>, 100 | Secured<br>10/23/19 | | $1,174.00<br>$1,174.00 | $1,174.00 | $0.00 |
| FEE | Kathryn A. Ellis<br>5506 6th Ave S<br>Suite 207<br>Seattle, WA 98108<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>07/25/19 | | $1,322.70<br>$1,322.70 | $0.00 | $1,322.70 |
| TE | Kathryn A. Ellis<br>5506 6th Ave S<br>Suite 207<br>Seattle, WA 98108<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>01/06/20 | | $65.10<br>$65.10 | $0.00 | $65.10 |
| | Tibble & Wesler CPA PC<br>2813 W Main St<br>Kalamazoo, MI 49006<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>01/06/20 | | $800.75<br>$800.75 | $0.00 | $800.75 |
| | Tibble & Wesler CPA PC<br>2813 W Main St<br>Kalamazoo, MI 49006<br><3420-000 Accountant for Trustee Expenses (Other Firm)><br>, 200 | Administrative<br>01/06/20 | | $126.23<br>$126.23 | $0.00 | $126.23 |
| | Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>03/19/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| SURPLUS | ESTEP, SANDRA LYN<br>5603 82ND ST SW #E103<br>LAKEWOOD, WA 98499<br><8200-000 Surplus Funds Paid to Debtor Section 726(a)(6)><br>, 650 | Unsecured<br>01/06/20 | | $0.00<br>$7,586.31 | $0.00 | $7,586.31 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C
## Analysis of Claims Register

Case: 15-41230                    SANDRA LYN ESTEP

Claims Bar Date: 07/21/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | CHECK SERVICES NW<br>P.O. BOX 9418<br>Seattle, WA 98109<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Capital One Bankrupty Dept<br>PO Box 30285<br>Salt Lake City, UT 84130<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Capital One Bankrupty Dept<br>PO Box 30285<br>Salt Lake City, UT 84130<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Care Credit<br>PO Box 276<br>Mail Code OH 3-425<br>Dayton, OH 45401<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Chexsystems<br>Attn: Customer Relations<br>7805 Hudson Rd Ste 100<br>Saint Paul, MN 55125<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Equifax<br>PO BOX 30272<br>Tampa, FL 33630<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C
## Analysis of Claims Register

**Case: 15-41230**     **SANDRA LYN ESTEP**

Claims Bar Date: 07/21/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Experian Profile Maintenance<br>PO BOX 9558<br>Allen, TX 75013<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Federal Loan Servicing<br>PO Box 69184<br>Harrisburg, PA 17106<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Federal Loan Servicing<br>PO Box 69184<br>Harrisburg, PA 17106<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Federal Loan Servicing<br>PO Box 69184<br>Harrisburg, PA 17106<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Global Client Solutions<br>4500 South 129th East Ave<br>Suite 177<br>Tulsa, OK 74134<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Great Plains Lending<br>1050 East 2nd St Box 500<br>Edmond, OK 73034<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 |  | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C
## Analysis of Claims Register

**Case:** 15-41230  **SANDRA LYN ESTEP**

Claims Bar Date: 07/21/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Micro Loans NW<br>539 Queen Ann Ave N<br>Seattle, WA 98109<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | NCS<br>6600 Taft St #307<br>Hollywood, FL 33024<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | PNC Bank MAS Dept<br>PO Box 648<br>Elizabethtown, KY 42702<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Payment Processing Center<br>PO BOX 660827<br>Mailstop 24922393<br>Dallas, TX 75266<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Peak Dental<br>3602 6th Ave Ste 104<br>Tacoma, WA 98406<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | RBC Servicing<br>3201 Summerhill Rd<br>Texarkana, TX 75503<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C
## Analysis of Claims Register

**Case: 15-41230**        **SANDRA LYN ESTEP**

Claims Bar Date: 07/21/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Spotloan<br>PO BOX 927<br>Palatine, IL 60078<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Springleaf Financial<br>PO Box 3251<br>Evansville, IN 47731<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Summit Collection Services<br>491 Court St<br>Reno, NV 89501<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Sunrise Credit Servics Inc<br>260 Airport Plaza<br>PO Box 9100<br>Farmingdale, NY 11735<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Transunion<br>555 West Adams St<br>Chicago, IL 60611<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Webbank<br>6509 Flying Cloud Dr<br>Eden Prairie, MN 55344<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/19/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C
## Analysis of Claims Register

**Case:** 15-41230  **SANDRA LYN ESTEP**

Claims Bar Date: 07/21/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA) NA<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/23/16 | | $1,044.35<br>$1,044.35 | $0.00 | $1,044.35 |
| 1I | Capital One Bank (USA) NA<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>01/06/20 | | N/A<br>$13.20 | $0.00 | $13.20 |
| 2 | Spot Loan<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>- Claim withdrawn by creditor | Unsecured<br>04/25/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 3 | Springleaf<br>PO Box 3251<br>Evansville, IN 47731-3251<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/06/16 | | $1,725.28<br>$1,725.28 | $0.00 | $1,725.28 |
| 3I | Springleaf<br>PO Box 3251<br>Evansville, IN 47731-3251<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>01/06/20 | | N/A<br>$21.81 | $0.00 | $21.81 |
| 4 | Micro Loans NW<br>PO Box 2034<br>Lynnwood, WA 98036<br><7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims><br>, 620 | Unsecured<br>09/26/19 | | $600.00<br>$600.00 | $0.00 | $600.00 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

**Case: 15-41230**     **SANDRA LYN ESTEP**

Claims Bar Date: 07/21/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4I | Micro Loans NW<br>PO Box 2034<br>Lynnwood, WA 98036<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>01/06/20 | | N/A<br>$7.59 | $0.00 | $7.59 |
| | | | **Case Total:** | | **$1,174.00** | **$13,313.32** |

UST Form 101-7-TFR (5/1/2011)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-41230
Case Name: SANDRA LYN ESTEP
Trustee Name: Kathryn A. Ellis

**Balance on hand:** $ 13,313.32

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 13,313.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Kathryn A. Ellis | 1,322.70 | 0.00 | 1,322.70 |
| Trustee, Expenses - Kathryn A. Ellis | 65.10 | 0.00 | 65.10 |
| Accountant for Trustee Fees (Other Firm) - Tibble & Wesler CPA PC | 800.75 | 0.00 | 800.75 |
| Accountant for Trustee Expenses (Other Firm) - Tibble & Wesler CPA PC | 126.23 | 0.00 | 126.23 |

Total to be paid for chapter 7 administrative expenses: $ 2,314.78
Remaining balance: $ 10,998.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,998.54

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 10,998.54 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).
Timely claims of general (unsecured) creditors totaling $2,769.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA) NA | 1,044.35 | 0.00 | 1,044.35 |
| 2 | Spot Loan | 0.00 | 0.00 | 0.00 |
| 3 | Springleaf | 1,725.28 | 0.00 | 1,725.28 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 2,769.63 |
| Remaining balance: | $ 8,228.91 |

Tardily filed claims of general (unsecured) creditors totaling $600.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Micro Loans NW | 600.00 | 0.00 | 600.00 |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 600.00 |
| Remaining balance: | $ 7,628.91 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 7,628.91

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.25% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $42.60. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $7,586.31.

**UST Form 101-7-TFR(5/1/2011)**