|     |     |
| --- | --- |
| | Honorable Brian D. Lynch |
| | Hearing Date: February 26, 2020 |
| | Hearing Time: 9:00 a.m. |
| | Response Date: February 19, 2020 |
| | Chapter 7 |
| | Location: Tacoma |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
| --- | --- |
| In re: | No. 15-41230 |
| SANDRA ESTEP, | FIRST AND FINAL APPLICATION FOR COMPENSATION OF ACCOUNTANT |
| Debtor. | |

COMES NOW Cheryl Wesler and Tibble & Wesler CPA PC, dba Trustee Resource Group, and makes application for compensation as follows:

1. On October 9, 2019, Cheryl Wesler and Tibble & Wesler CPA PC, dba Trustee Resource Group, was appointed by Order of this Court as Accountants for the Trustee, Kathryn A. Ellis, for the purpose of preparing income tax returns and assisting the Trustee in accounting matters necessary for the administration of the estate.

2. Cheryl Wesler and Tibble & Wesler CPA PC obtained a Form 2 and account for the transactions of the Trustee. Cheryl Wesler and Tibble & Wesler CPA PC prepared a fiscal year tax return for the period November 1, 2018 through October 31, 2019. It was a first and final return. No tax was due with the return.

3. Cheryl Wesler and Tibble & Wesler CPA PC has filed the tax return with the Internal Revenue Service and requested a prompt determination of tax liability from the IRS Insolvency Operation in Philadelphia, PA.

4. Cheryl Wesler and Tibble & Wesler CPA PC has incurred 4.41 hours through

**FIRST AND FINAL APPLICATION FOR
COMPENSATION OF ACCOUNTANT - 1**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

today's date. Cheryl Wesler and Tibble & Wesler CPA PC are requesting fees in the amount of $800.75 and costs in the amount of $126.23, for a total of $926.98. Attached hereto as Exhibit 1 is a Statement of Services Rendered showing the names and rates of the people involved in this case.

    5.    Cheryl Wesler and Tibble & Wesler CPA PC are satisfied that the services we have provided have been beneficial to the estate. Cheryl Wesler and Tibble & Wesler CPA PC have no agreement or understanding with any other person or entity for the division or sharing of the compensation to be received in this case.

WHEREFORE, Cheryl Wesler and Tibble & Wesler CPA PC request that the Court enter an order approving final compensation be paid to Tibble & Wesler CPA PC in the amount of $926.98.

DATED this 6th day of January, 2020.

By: /s/ Cheryl Wesler
Cheryl Wesler

C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\Estep\Wesler_Fee_app.wpd

**FIRST AND FINAL APPLICATION FOR COMPENSATION OF ACCOUNTANT - 2**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

# EXHIBIT 1

# Statement of Services Rendered
## Sandra Estep
## Case No. 15-41230

| Work Performed | Individual | Date | Hours | Rate | Total |
|---|---|---|---|---|---|
| Initial review of Estep bankruptcy case prior year tax returns and schedules | CW | 10/09/19 | 0.5 | $ 275.00 | $ 137.50 |
| Prepare and email the request for an amended K-1 to reflect the correct TIN number | CW | 10/15/19 | 0.5 | $ 275.00 | $ 137.50 |
| Call to former CPA for amended K-1 | CW | 10/24/19 | 0.25 | $ 275.00 | $ 68.75 |
| Preparation and input of the 2018 federal and state fiscal year bankruptcy estate tax return | SS | 10/30/19 | 1.33 | $ 125.00 | $ 166.25 |
| Review of 2019 bankruptcy estate tax returns and capital loss carryforward | CW | 11/06/19 | 0.83 | $ 275.00 | $ 228.25 |
| Preparation of the Supplemental Statement for 2018 | SS | 11/21/19 | 0.5 | $ 125.00 | $ 62.50 |
| Prepare prompt determination and compile return for mailing | SS | 12/16/19 | 0.5 | $ 125.00 | $ 62.50 |
| Mailing and Postage Fees | | | | | $ 11.75 |
| Software allocation and filing charges | | | | | $ 114.48 |

**Breakdown**

| | | |
|---|---|---|
| Rendered Services | $ | 800.75 |
| Expenses | $ | 126.23 |
| **Total Due** | **$** | **926.98** |